**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

20 CV 6851, *Protesters in Support of Black Lives et al v. City of Chicago et al*, is currently assigned to the Hon. Sharon Johnson Coleman and referred to Magistrate Judge Jeffrey T. Gilbert; and

Pursuant to Judge Coleman's order dated April 6, 2023, the following list of cases are to be severed; therefore

It is hereby ordered that the following list of cases are to be randomly reassigned to district judges of this Court; and

## Severed Cases to be Randomly Reassigned

1. *Wilger v. Aviles, Superintendent Brown and City of Chicago*
2. *Fouche, Underwood v. Grossklas, Superintendent Brown and City of Chicago*
3. *Bartz v. Mudd, Superintendent Brown and City of Chicago*
4. *Mallow v. Morrin, Superintendent Brown and City of Chicago*
5. *Bunecky v. Nesis, Superintendent Brown and City of Chicago*
6. *Cosby v. G. Rodriquez, Superintendent Brown and City of Chicago*
7. *Brown, London, Pagan, Perez, Tendaji and Williams v. Davis, McClelland, Gama Patrick, Pendleton, Jurado, Rider, London, Mora, Villanueva, Rake, Khan, Superintendent Brown and City of Chicago*
8. *Dagit v. Ayala, Djurdjevic, Superintendent Brown and City of Chicago*
9. *Valenzuela and Boyd v. Sharp, Wilson, Jovanovich, Valle, Superintendent Brown and City of Chicago*
10. *Jaworski, Kroth, Robinson, and Romano v. Trianafillo, Laurenzana, Floyd, Shoshi, Flaster, Superintendent Brown and City of Chicago*
11. *Angers, Arnold, Antunez, Scott, Vail, and Zacarias v. Chavez, Stycznski, Gleezon, Stepney, Maravic, Graves, Murph, Schield, Rhei, Gonzalez, Johnson, Rojoas, Griffith, Oshaughnessy, Rodriquiez, Hernenadez, Laurenzana, (the "OC Defendants"), Superintendent Brown and City of Chicago*
12. *Baskaran, Dittman, Pfeifer, and Romano v. Coleman, Loughran, Jonas, Shiels, Rhein, Jauregui, De Canto, Kilponen, Zuber, Superintendent Brown and City of Chicag*
13. *Anderson, Angers, Artis, Atchley, Bassett, Colbert, Craig, Escamilla, Freund, Gay, Gervasi, Geroge, Love-Hatlestad, Jones, Kerstetter, Larsen, Rafael_Nietes, Roberts, Rodriguez, Smith, Sowacke, Spreadbury, Vail, Wise, Yoon and Zartler v. Superintendent Brown, City of Chicago, John Doe Officers, and Officers in Exhibits A-G*

It is further ordered that the cases listed below are to be directly assigned to Judge Coleman and referred to Magistrate Judge Gilbert.

## Severed Cases to be Directly Assigned to Judge Coleman

1. *Betzel, Reed Enigmann, Hoerty v. Gallegos, Wilson, Floyd, Bielfeldt, Mannion, Superintendent Brown and City of Chicago*
2. *Reichold, Fansler, and Marshall v. Condreva Blake, Superintendent Brown and City of Chicago*

It is further ordered, for reasons of judicial efficiency, coordinated pretrial proceedings in the severed cases listed above should be presided over by Judge Coleman as provided for by IOP13(e) and Magistrate Judge Gilbert should be designated for these proceedings.

The Clerk of Court shall docket this order in 20 CV 6851, Protesters in Support of Black Lives et al v. City of Chicago et al and each of the severed cases. Although the defendants do not object, plaintiffs are reminded that an application to proceed *in forma pauperis* petition is due within 15 days pursuant to Local Rule 3.3 in each of the severed cases.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 10th day of April, 2023